IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ALEJANDRA RODRIGUEZ-RAMOS,

        Defendant.

8:08CR418

ORDER

This matter is before the Court on the government's Motion to Dismiss (Filing No. 29). The government requests the Indictment be dismissed without prejudice as to defendant Alejandra Rodriguez-Ramos.

The Motion is granted, and the Indictment against Alejandra Rodriguez-Ramos is dismissed without prejudice.

IT IS SO ORDERED.

Dated this 21st day of November, 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge